March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

Raheem Maldonado

15-CR-386 (JGK) (    )

Defendant(s).
------------------------------------------------------------X

Defendant _Raheem Maldonado_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_Raheem Maldonado / by acm_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Raheem Maldonado_
Print Defendant's Name

_A. Moskowitz_
Defense Counsel's Signature

_Avraheem C. Moskowitz_
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

_1/28/22_
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge