UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :   **ORDER**

                                        :   15 Cr. 386 (JGK)
v.
                                        :
RAHEEM MALDONADO

- - - - - - - - - - - - - - - - - - x

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney MADISON REDDICK SMYSER, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the below-referenced records maintained by the Office of the New York County District Attorney,

IT IS HEREBY ORDERED that all records of the Office of the New York County District Attorney with respect to the arrest and prosecution of RAHEEM MALDONADO, DOB 01/30/1992, NYSID #09482436P in New York Criminal Court Case No. CR-028449-21NY, be unsealed to permit the United States Attorney's Office to review the contents of the records.

Dated:   New York, New York
         March 23, 2022

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK