UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                         15 Cr. 386 (JGK)

RAHEEM MALDONADO,                   ORDER
                  Defendant.

JOHN G. KOELTL, District Judge:

    The parties should appear for a conference on **April 28, 2022**, at **9:30 a.m.**

SO ORDERED.

Dated: March 29, 2022
      New York, New York

                                        John G. Koeltl
                               United States District Judge