UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

    - against -                          15 Cr. 386 (JGK)

RAHEEM MALDONADO,                        ORDER

                Defendant.
---

JOHN G. KOELTL, District Judge:

      The parties should appear for another conference on **May 17, 2022**, at **12:00 p.m.**

SO ORDERED.

Dated: April 28, 2022
      New York, New York

                                                 John G. Koeltl
                                        United States District Judge