UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

RAHEEM MALDONADO,
                Defendant.
-----------------------------------------------------------X

15 cr 386 (JGK)

**ORDER**

      For the reasons stated on the record, today, supervised release for the defendant, Raheem Maldonado, is hereby modified to include the following: 1) location monitoring, with the date, time and technology to be determined by the Probation Department; 2) curfew, at reasonable hours, to start on a date and time to be determined by the Probation Department; 3) anger management therapy as directed by the Probation Department.

**SO ORDERED.**

                                                                        **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 28, 2021