UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                              15 cr 386 (JGK)

RAHEEM MALDONADO,                                **ORDER**
                      Defendant.
-------------------------------------------------------------X

The Court, on January 28, 2022, added a condition of supervised release that the defendant is to have no contact with Jazmin Cruz. The defendant was reminded or this directive, during a conference on April 28, 2022. The Court, again, reminds the defendant, that he is ordered not to have any contact with Jazmin Cruz.

**SO ORDERED.**

                                                                             **JOHN G. KOELTL**
                                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 2, 2022