UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                15 cr 386 (JGK)

RAHEEM MALDONADO,
                        Defendant.
-------------------------------------------------------------X

        It is hereby ordered that John P. Buza, Esq., be appointed as counsel to the above-named defendant, replacing Avraham C. Moskowitz, Esq.

**SO ORDERED.**

                                                             **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          October 13, 2022