# Konta, Georges, and Buza, P.C.
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@gmail.com

November 9, 2022

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Raheem Maldonado,* **15 CR 386 (JGK)**

Dear Judge Koeltl:

     I represent Raheem Maldonado. Mr. Maldonado is charged with a violation of supervised release. The hearing for the violation is scheduled for November 15, 2022, at 11:00 a.m. I respectfully request that the matter be adjourned to December 19, 2022, at 2:30 p.m. I make this request because I was newly appointed to represent Mr. Maldonado at the last court appearance and I need more time to review the discovery and to advise Mr. Maldonado accordingly. The government does not object to this request. Upon speaking to the government and to Court's deputy, it has come to my attention that December 19, 2022, at 2:30 p.m. is a workable date for everyone. This is my first request to adjourn this matter.

                                      Respectfully Submitted,

                                        /s/

                                        John P. Buza

cc.:   AUSA Amanda Weingarten (via ECF)

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/9/22