UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - against -

RAHEEM MALDONADO,

                Defendant.

15-cr-386 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during the proceedings today, additional defense submissions in advance of sentencing on the violations of supervised release are due **July 21, 2023, by 5 p.m.**; any response by the Government is due **July 28, 2023, by 5 p.m.**; and sentencing will be held on **August 3, 2023, at 2:30 p.m.** in **Courtroom 14A.**

SO ORDERED.

Dated:   New York, New York
           July 11, 2023

                                            John G. Koeltl
                                 United States District Judge