UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -

RAHEEM MALDONADO,

                Defendant.

15-cr-386 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received letters from the defense in connection with sentencing, which the Court files under seal because some contain personal identifying information.

SO ORDERED.

Dated:    New York, New York
           August 2, 2023

                        John G. Koeltl
               United States District Judge