UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        15 cr 386 (JGK)

   -against-

**ORDER**

RAHEEM MALDONADO,
         Defendant.
-----------------------------------------------------------X

For the reasons stated on the record, supervised release for the defendant, Raheem Maldonado, is modified as follows: No contact, in any way, with Jasmin Cruz and location monitoring at the discretion of the Probation Department.

**SO ORDERED.**

_____
JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 4, 2024