UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

RAHEEM MALDONADO,

    Defendant.

15-cr-386 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference currently scheduled for January 9, 2025 at 9:30 a.m. is adjourned to **Monday, January 13, 2025, at 3:00 p.m.**

SO ORDERED.

Dated:     New York, New York
            January 2, 2025

_____
John G. Koeltl
United States District Judge