UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                15 cr 386-06 (JGK)

        -against-

                **ORDER OF REMAND**

RAHEEM MALDONADO,
                Defendant.
-------------------------------------------------------------X

For the reasons stated, today, the defendant, Raheem Maldonado, is hereby remanded to the custody of the Bureau of Prisons and United States Marshal, pending the outcome of the violation of supervised release.

**SO ORDERED.**

                                                _____
                                                **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 13, 2025